UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 41078
   JOSE ASCENCION SANTOS
   MARIA DEL ROSARIO SANTOS                CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-8410      SSN XXX-XX-5699
```

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/05/04 and confirmed on 01/20/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 116543.24 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | 64752.41 | .00 | 64752.41 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4312.94 | .00 | 2232.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10742.52 | .00 | 5561.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5157.15 | .00 | 2669.86 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2822.60 | .00 | 1461.26 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 7576.75 | .00 | 3922.49 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5209.28 | .00 | 2696.85 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4140.25 | .00 | 2143.41 |
| DISCOVER BANK | UNSECURED | 9318.07 | .00 | 4823.97 |
| DISCOVER BANK | UNSECURED | 4295.74 | .00 | 2223.91 |
| DISCOVER BANK | UNSECURED | 1515.92 | .00 | 784.79 |
| FLEET | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8905.32 | .00 | 4610.29 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12521.65 | .00 | 6482.46 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 5978.60 | .00 | 3095.12 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |

                  Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 64752.41 | .00 | 82496.79 | .00 | 147249.20 |

```
PRINCIPAL PAID          64752.41          .00      42708.63          .00    107461.04
INTEREST PAID               .00          .00          .00          .00          .00
TOTAL PAID              64752.41          .00      42708.63          .00    107461.04
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   5038.96 .

Refunds to the Debtor totaled $   1343.24 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

CASE NO. 04 B 41078 JOSE ASCENCION SANTOS & MARIA DEL ROSARIO SANTOS